```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  B. KOO,

                            Plaintiff,

          -against-                          1:20-cv-05743-GHW

  H MART, INC., HANA MART NY CORP., and     ORDER
  M2M ALUMNI HALL CORP.,

                        Defendants.
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On December 18, 2020, the Court held a conference regarding Defendants' motion for a protective order in connection with Plaintiff's requests for admission under Fed. R. Civ. P. 36. Dkt. No. 28. For the reasons stated on the record, Defendants' motion for a protective order is granted. Defendants need not respond to the requests for admission.

       SO ORDERED.

Dated: December 18, 2020

                                                             GREGORY H. WOODS
                                                        United States District Judge