USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
B. KOO,  :
 :
                           Plaintiff,  :
          -against-  :             1:20-cv-05743-GHW
 :
H MART, INC., HANA MART NY CORP., and  :             ORDER
M2M ALUMNI HALL CORP.,  :
 :
                        Defendants.  :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 28, 2020, the Court held a conference regarding the parties' request for an extension of the discovery deadlines and Plaintiff's request that the Court compel Defendants to comply with their discovery obligations. Dkt. No. 37. Defendants are ordered to complete their production of materials responsive to Plaintiff's written discovery requests by no later than January 13, 2021.

The parties' request for an extension of time to complete discovery is granted. The deadline for the completion of all fact discovery is extended to March 19, 2021. The deadline for the parties to serve requests for admission is extended to February 4, 2021. The deadline for the parties to complete depositions is extended to February 17, 2021.

The deadline for the completion of all expert discovery is extended to April 26, 2021. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by March 5, 2021. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by March 19, 2021. The deadline for submission of motions for summary judgment, if any, is extended to May 26, 2021.

The status conference scheduled for April 12, 2021 is adjourned to May 12, 2021 at 4:00 p.m. The joint status letter requested in the case management plan and scheduling order entered on October 8, 2020, Dkt. No. 17, is due no later than May 5, 2021. Except as expressly modified by this order, the case management plan entered by the Court on October 8, 2020, Dkt. No. 17, remains in full force and effect.

SO ORDERED.

Dated: December 29, 2020

_____
GREGORY H. WOODS
United States District Judge